**Essential Services Group**
555 Eighth Ave, Suite 1901
New York, New York 10018
Telephone: (212) 760-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IDS PROPERTY CASUALTY INSURANCE COMPANY

VS.                                         INDEX#11CIV0026

MARK BURTON, ET ANNO.

State of New York, County of Rockland SS:

   I, Claire Ryan, being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and whose address is Harriman, NY.

That on the 8th day of January, 2011

at 9:55am.

Deponent served the annexed:
 **CIVIL COVER SHEET;**
**SUMMONS IN A CIVIL ACTION;**
**RULE 7.1 STATEMENT;**
**COMPLAINT FOR DECLARATORY JUDGMENT;**

at: 8 Belvoir Drive, Washingtonville, NY   10992
upon **DENNIS T. FENNEL** by:

(✓) delivering thereat a true copy to:

Dennis Fennel, father, personally.

   Deponent also enclosed a copy of same in a postpaid wrapper, marked "personal & confidential" with no indication that the mailing is regarding a legal matter, properly addressed to DENNIS T. FENNEL on 1/8/11 at 8 BELVOIR DRIVE WASHINGTONVILLE, NY 10992 and deposited said wrapper in an official depository under the exclusive care and custody of the United States Postal Service within the State of New York, by postage prepaid for delivery by first class regular mail.

(✓) Deponent asked the person spoken to whether  DENNIS T. FENNEL was in the military service of the u.s. government and was told that DENNIS T. FENNEL was not.

Deponent describes the individual who accepted service as follows:

age: 60   sex: male   skin color: white   approx. height: 6'0"

approx. weight: 190   lbs.

_____   *Claire Ryan* 1/8/2011

112/ PS01.11-20.   SERVER

SWORN TO BEFORE ME THIS 8th   Claire Ryan
DAY OF January, 2011

MARK SANDSTROM
Notary Public, State of New York
No. 44893767
Qualified in Rockland County
Commission Expires: May 26, 2011