`Essential Services Group
555 Eighth Ave, Suite 1901
New York, New York 10018
Telephone#212-760-2300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

IDS PROPERTY CASUALTY INSURANCE COMPANY

VS.                                                                     INDEX#11CIV0026

MARK BURTON, ET ANNO.

State of _New York_, County of _Sullivan_ SS:

I, _Arnold M. Shapiro_ (name of server) being duly sworn deposes and says that deponent is over the age of eighteen years: Is not a party to this action and whose address is

_Liberty, N.Y._ (server's address).

That on the _10th_ day of _Jan._, 20_11_ at _12:28 P_.M. (time of service)

Deponent served the annexed:
 **CIVIL COVER SHEET;**
**SUMMONS IN A CIVIL ACTION;**
**RULE 7.1 STATEMENT;**
**COMPLAINT FOR DECLARATORY JUDGMENT;**

at: _35 Kenny La. Kiamesha Lake, N.Y. 12751_
upon **MARK ~~BUTON~~ BURTON** by ~~BURTON~~
/ /delivering thereat a true copy to:

_Mark Burton_ (name of accepter), personally.

(X) Deponent asked the person spoken to whether MARK ~~BUTON~~ BURTON was in the military service of the u.s. government and was told that MARK ~~BUTON~~ BURTON was not.

ATTEMPT1.....................................................

ATTEMPT2.....................................................

112/PS11-19

Deponent describes the individual who accepted service as follows:

age: 26-35  sex: M  skin color: WHITE  approx. height: 6'2"

approx. weight: 225 lbs.

_____
ARNOLD M. SHAPIRO
SERVER

112/ PS01.11-19.
SWORN TO BEFORE ME THIS
13th DAY OF January 2011

SARA SPRAGUE
Notary Public - State of New York
No. 01SP6169490
Qualified in Sullivan County
My Commission Expires June 25, 2011