# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

IN THE MATTER OF REASSIGNMENT

                              NOTICE OF REASSIGNMENT

      OF

CASES FROM HON. VINCENT BRICCETTI

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

The cases on the attached list are reassigned to the calendar of:

HON. EDGARDO RAMOS

The attorney(s) for the plaintiff(s) are requested to serve a copy of this Notice of Reassignment on all defendants.

Dated: January 6, 2012

Ruby J. Krajick, CLERK

By: _____
      Shante Jones
      Deputy Clerk

cc: Attorneys of Record

**Judge Briccetti to Judge Ramos**

06cv2208

07cv3421

08cv0408

08cv2397

08cv6843

08cv6459

08cv9905

08cv10852

09cv0531

09cv4853

09cv6707

09cv6506

09cv7474

09cv8358

09cv8534

09cv10165

10cv0059

10cv0510

10cv1136

10cv2542

10cv2680

10cv1393

11cv7790

11cv7288

10cv3299

10cv4268

10cv4320

10cv4606

10cv5190

10cv4765

10cv5907

10cv6068

10cv6188

10cv6611

10cv6628

10cv7112

10cv7520

10cv7786

10cv7935

10cv8054

10cv8260

10cv8332

10cv8512

10cv8815

10cv8922

10cv9242

10cv9019

11cv0026

11cv0126

11cv0306

10cv8965

11cv0544

11cv0494

11cv0872

11cv1037

11cv1060

11cv1211

11cv1325

11cv1458

11cv1498

11cv1954

11cv2052

11cv2536

11cv2563

11cv2949

11cv3327

11cv3434

11cv2722

11cv3937

11cv4133

11cv4574

11cv4942

11cv5230

11cv5446

11cv5788

11cv6243

11cv6287

11cv6330

11cv6513

11cv6840

11cv7053

11cv7254

11cv7168

11cv7463

11cv7494

11cv7695

11cv7748

11cv7759

11cv7881

11cv7948

11cv8204

11cv8392

11cv8435

11cv8508

11cv8496

11cv8617

11cv8654

11cv8758

11cv8971

11cv9085