UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

IDS Property Casualty Insurance Company,

                            Plaintiff(s),

- against -

Burton,

                            Defendant(s).

------------------------------------------------------------x

**NOTICE OF COURT CONFERENCE**

11 Civ. 26 (ER)

A status conference will be held before the Hon. Edgardo Ramos, U.S.D.J. on **February 15, 2012 at 10:00 am** at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601, Courtroom 218.

_____
Gina Sicora, Courtroom Deputy

Dated:    White Plains, New York
            February 1, 2012



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/1/2012