UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IDS PROPERTY CASUALTY INSURANCE COMPANY,

       Plaintiff,

-against-

MARK BURTON and DENNIS T. FENNEL,

       Defendants.

**PLAINTIFF'S SUPPLEMENTAL RULE 26 INITIAL DISCLOSURES**

Case No.: 11-CV-0026 (ER)

  Plaintiff, IDS PROPERTY CASUALTY INSURANCE COMPANY ("IDS"), by its attorneys, RUBIN, FIORELLA & FRIEDMAN LLP, makes the following supplemental initial disclosures, pursuant to Federal Rules of Civil Procedure Rule 26:

  2. All documents in the possession, custody, or control of plaintiff that it may use to support its claims or defenses in this matter:

    (a) The transcript of the November 22, 2011 deposition of Dennis T. Fennel, taken in the underlying bodily injury action, *Dennis T. Fennel v. Marc Burton a/k/a Mark Burton*, Supreme Court of the State of New York, County of Orange, Index No. 5876/2010, redacted to protect Dennis T. Fennel's privacy (home address, date of birth, and Social Security Number). A copy of the foregoing deposition transcript is annexed hereto as Exhibit A.

  Plaintiff reserves the right to supplement this response should additional information become available.

Dated: New York, New York
February 14, 2012

                              Yours, etc.

                              **RUBIN, FIORELLA & FRIEDMAN LLP**

By: _____
      Tracey Mapou, Esq. (TM-7773)
      Attorneys for Plaintiff
      **IDS PROPERTY CASUALTY**
      **INSURANCE COMPANY**
      292 Madison Avenue, 11th Floor
      New York, New York 10017
      (212) 953-2381
      tmapou@rubinfiorella.com
      Our File: 618-16883

TO:    William K. Kerrigan, Esq. (WKK-1882)
        MacCARTNEY, MacCARTNEY, KERRIGAN & MacCARTNEY
        Attorneys for Defendant
        **MARK BURTON**
        13 North Broadway
        P.O. Box 350
        Nyack, New York 10960
        (845) 358-0074
        lmaccartney@mmkmlawlaw.com

        **This document has not been served
        upon the below-named defendant,
        DENNIS T. FENNEL, because a
        default judgment was entered
        <u>against said defendant on July 26, 2011</u>**

        **DENNIS T. FENNEL**
        Defendant
        8 Belvoir Drive
        Washingtonville, New York 10992