UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

IDS PROPERTY CASUALTY INSURANCE COMPANY,

                            Plaintiff(s),          **RESCHEDULING NOTICE**

    - against -

                                                               11 Civ. 26 (ER)

BURTON,

                            Defendant(s).
-------------------------------------------------------x

The above case previously scheduled for July 30, 2012, **is hereby rescheduled until July 31, 2012 at 10:00 am** in Courtroom 218 before the Hon. Edgardo Ramos, at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

                                                                 _____
                                                                 Gina Sicoka, Courtroom Deputy

Dated:    White Plains, New York
              July 20, 2012

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2013
```