UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

IDS Property Casualty Insurance Co.,

                          Plaintiff,        **RESCHEDULING NOTICE**

- against -

                                       11 Civ. 0026 (ER)

Mark Burton, et al.,

                          Defendant(s).
------------------------------------------------------x

The above case previously scheduled for September 12, 2012, **is hereby rescheduled until October 12, 2012 at 10:15 am** in Courtroom 218 before the Hon. Edgardo Ramos, at the Charles L. Brieant United States Courthouse, 300 Quarropas Street, White Plains, NY 10601.

                                                        Dana Jupiter, Law Clerk

Dated:    White Plains, New York
             August 27, 2012

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/27/2012