11/19/2013 TUE 17:15 FAX

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IDS PROPERTY CASUALTY INSURANCE COMPANY,

Plaintiff,

-against-

MARK BURTON and DENNIS T. FENNEL,

Defendants.

**STIPULATION OF
DISCONTINUANCE
WITH PREJUDICE**

Case No.: 11-CV-0026 (ER)

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned, the attorneys of record for all the parties to the above-entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and/or conservatee and no person not a party has an interest in the subject matter of the action, the above-entitled action, including all claims and counterclaims asserted herein, be, and the same hereby is, discontinued, with prejudice, and without costs as against any party. This stipulation may be filed without further notice with the Clerk of the Court.

Facsimile signatures herein shall have the same force and effect as original signatures.

Dated: New York, New York
November 13, 2012

By: Tracey Mapou, Esq.
RUBIN, FIORELLA & FRIEDMAN LLP
Attorneys for Plaintiff
**IDS PROPERTY CASUALTY
INSURANCE COMPANY**
630 Third Avenue, 3rd Floor
New York, New York 10017
(212) 953-2381
Our File No.: 618-16883

By: William K. Kerrigan, Esq.
MacCARTNEY, MacCARTNEY,
KERRIGAN & MacCARTNEY
Attorneys for Defendant
**MARK BURTON**
13 North Broadway
P.O. Box 350
Nyack, New York 10960
(845) 358-0074

*Defendant DENNIS T. FENNEL never appeared in this action and a partial default judgment was entered against him on July 26, 2011 (a copy of the aforesaid partial default judgment is attached).

So Ordered.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/2012

Edgardo Ramos

Dated: November 26, 2012
White Plains, N.Y.